**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29585

**SO ORDERED.**

Dated: February 01, 2011

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Pamela Jean Whitney<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>   vs.<br><br>Pamela Jean Whitney, Debtor, Russell A. Brown, Trustee.<br>        Respondents. | No. 2:10-bk-31931-CGC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #30) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 7, 2003 and recorded in the office of the Harris County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Pamela Jean Whitney has an interest in, further described as:

> Lot 29, in Block 1, of COPPERFIELD SOUTHCREEK VILLAGE, SECTION FOUR (4), a subdivision in HARRIS County, Texas, according to the map or plat thereof, recorded in Volume 336, Page 92, of the Map Records of HARRIS County, Texas.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.